| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2017102000758001001E90E8 |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 3

**Document ID:** 2017102000758001    **Document Date:** 04-24-2015    **Preparation Date:** 10-20-2017
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| PARTNERS ABSTRACT CORP. NY<br>1025 OLD COUNTRY RD # 409<br>WESTBURY, NY 11590 | THE MARGOLIN & WEINREB LAW GROUP LLP<br>165 EILEEN WAY, SUITE 101<br>SYOSSET, NY 11791 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7104 | 511 | Entire Lot | 2083 E 1ST STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2007000048035

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| PNC BANK NATIONAL ASSOCIATION<br>6750 MILLER ROAD<br>BRECKSVILLE, OH 44141 | US MORTGAGE RESOLUTION LLC<br>2701 RENAISSANCE BLVD, 4TH FL<br>KING OF PRUSSIA, PA 19406 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 42.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    10-23-2017 10:33
City Register File No.(CRFN):
**2017000388397**

*Annette M Hill*
*City Register Official Signature*

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2017102000758001001C9268 |

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**           PAGE 2 OF 3

**Document ID: 2017102000758001**          Document Date: 04-24-2015          Preparation Date: 10-20-2017
Document Type: ASSIGNMENT, MORTGAGE

**PARTIES**
**ASSIGNOR/OLD LENDER:**
NATIONAL CITY BANK
6750 MILLER ROAD
BRECKSVILLE, OH 44141

6\3
\8

Prepared By: Janice Smith
PNC Bank National Association, successor by merger to National City Bank
6750 Miller Road,
Brecksville, OH 44141

**RECORD & RETURN TO:**
The Margolin + Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791

Ref #xxxxx8321228307

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, **PNC Bank National Association, successor by merger to National City Bank, 6750 Miller Road Brecksville, OH 44141** ("Assignor") hereby assigns and transfers to <u>**US Mortgage Resolution LLC, WHOSE ADDRESS IS: 2701 Renaissance Blvd, 4th FL, King of Prussia, PA 19406**</u> ("Assignee"), without recourse, representation, warranty or guaranty, express or implied, of any kind or nature, all of Assignor's rights, title and interest in and to that certain Mortgage or Deed of Trust:

Executed by: **Rachel Shami & Ezra Shami**
Recorded on: **1/25/2007**          Mortgage Amount: **$ 350000.00**   Dated 1\3\2007
In the Recorder's Office of: **Kings, New York**   CRFN
Instrument #: **2007000048035**    Book: **N/A**          Page(s): **N/A**
Property Address: **2083 E 1ST St, Brooklyn, NY 11223**

This Assignment is not subject to the requirements of Section 275 of the Real Property law, because it is an assignment within the secondary mortgage market.

Date: 4/24/2015
PNC Bank National Association, successor by merger to National City Bank

Signature: _Stephanie Kibler_
Stepahnie Kibler, Assistant Vice President

### ACKNOWLEDGMENT

STATE OF OHIO                               )
                                            ) SS:
COUNTY OF CUYAHOGA                          )

On the **24th** day of **April** in the year **2015**, before me, the Undersigned, a Notary Public for the said County and State, personally appeared **Stepahnie Kibler** respectively of **PNC Bank National Association, successor by merger to National City Bank.** Personally known to me or proved to me on the basis of satisfactory evidence to be the Individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that they are **Assistant Vice President** that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Brian_ (signature)
Notary:
My Commission Expires:

Brian Fundzak, Notary Public
Residence - Medina
State Wide Jurisdiction, Ohio
My Commission Expires March 7, 2017

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2017102000758002001E90AC |

**RECORDING AND ENDORSEMENT COVER PAGE**      PAGE 1 OF 2

**Document ID:** 2017102000758002   **Document Date:** 08-18-2015   **Preparation Date:** 10-20-2017
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| PARTNERS ABSTRACT CORP. NY<br>1025 OLD COUNTRY RD # 409<br>WESTBURY, NY 11590 | RCS RECOVERY<br>C/O RICHMOND MONROE PO BOX 458<br>KIMBERLING CITY, MO 65686 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7104 | 511 | Entire Lot | 83 E 1ST STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2007000048035

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| US MORTGAGE RESOLUTION LLC<br>150 S WARNER ROAD, SUITE 220<br>KING OF PRUSSIA, PA 19460 | RCS RECOVERY SERVICES, LLC<br>1499 WEST PALMETTO PARK ROAD, SUITE 140<br>BOCA RATON, FL 33486 |

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ 0.00 | | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | | |
| TASF: | $ 0.00 | | | |
| MTA: | $ 0.00 | | | |
| NYCTA: | $ 0.00 | | | |
| Additional MRT: | $ 0.00 | | | |
| TOTAL: | $ 0.00 | | | |
| Recording Fee: | $ 42.00 | | | |
| Affidavit Fee: | $ 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed   10-23-2017 10:33
City Register File No.(CRFN):
**2017000388398**

*Annette M Hill*
*City Register Official Signature*

```
```
Recording Requested By:
RCS RECOVERY SERVICES, LLC

When Recorded Return To:
RCS RECOVERY
C/O RICHMOND MONROE
PO BOX 458
KIMBERLING CITY, MO 65686



## CORPORATE ASSIGNMENT OF MORTGAGE

Kings, New York   REFERENCE #: 129843   "SHAMI"
INVESTOR #:
Assignment Prepared on: August 10th, 2015.

Assignor: US MORTGAGE RESOLUTION, LLC at 150 S. WARNER ROAD, SUITE 220, KING OF PRUSSIA, PA 19460.
Assignee: RCS RECOVERY SERVICES, LLC at 1499 WEST PALMETTO PARK ROAD, SUITE 140, BOCA RATON, FL 33486.

Executed By: RACHEL SHAMI AND EZRA SHAMI  To: NATIONAL CITY BANK
Date of Mortgage: 01/03/2007 Recorded: 01/25/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000048035 In Kings County, State of New York. *Assignment of Mortgage Dated 4/24/2015 made by PNC Bank National Association successor by merger to National City Bank to US Mortgage Resolution LLC being recorded simuloustaneously herewith*

District/Section/Block/Lot: -7104-511

Property Address: 2083 E 1ST ST, BROOKLYN, NY 11223

   This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $350,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

US MORTGAGE RESOLUTION, LLC
On 8-18-2015
By: _____
THOMAS D. DUNKEL, Managing Member


STATE OF PENNSYLVANIA
COUNTY OF MONTGOMERY

On 08/18/2015, before me, Trevor DeHaas, a Notary Public in and for MONTGOMERY in the State of PENNSYLVANIA, personally appeared THOMAS D. DUNKEL, Managing Member, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of MONTGOMERY, State of PENNSYLVANIA.

WITNESS my hand and official seal,

*Trevor DeHaas*
Trevor DeHaas
Notary Expires: 09/23/2017
Montgomery, Pennsylvania
(This area for notarial seal)

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TREVOR DEHAAS
Notary Public
UPPER MERION TWP; MONTGOMERY COUNTY
My Commission Expires Sep 23, 2017
```

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2017102000758003001E5091 |

## RECORDING AND ENDORSEMENT COVER PAGE   PAGE 1 OF 3

**Document ID:** 2017102000758003     **Document Date:** 09-22-2015     **Preparation Date:** 10-20-2017
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| PARTNERS ABSTRACT CORP. NY<br>1025 OLD COUNTRY RD # 409<br>WESTBURY, NY 11590 | RCS RECOVERY<br>C/O RICHMOND MONROE PO BOX 458<br>KIMERLING CITY, MO 65686 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7104 | 511 | Entire Lot | 2083 E 1ST STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2007000048035

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| RCS RECOVERY SERVICES, LLC<br>1499 W PALMETTO PARK ROAD, SUITE 140<br>BOCA RATON, FL 33486 | 20 CAP FUND I LLC<br>4636 PARK BLVD<br>SAN DIEGO, CA 92116 |

### FEES AND TAXES

| Mortgage: | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 47.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed    10-23-2017 10:33
City Register File No.(CRFN):
2017000388399

*Annette M Hill*
*City Register Official Signature*

Recording Requested By:
RCS RECOVERY SERVICES, LLC

When Recorded Return To:
RCS RECOVERY
C/O RICHMOND MONROE
PO BOX 458
KIMBERLING CITY, MO 65686



## CORPORATE ASSIGNMENT OF MORTGAGE

Kings, New York   REFERENCE #: 129843-A   "SHAMI"
INVESTOR #:
Assignment Prepared on: September 22nd, 2015.

Assignor: RCS RECOVERY SERVICES, LLC at 1499 W. PALMETTO PARK ROAD, SUITE 140, BOCA RATON, FL 33486.

Assignee: _JO CAP FUND I, LLC_
at _4636 Park Blvd_, _San Diego_   _CA 92116_.

Executed By: RACHEL SHAMI  To: NATIONAL CITY BANK
Date of Mortgage: 01/03/2007 Recorded: 01/25/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000048035 In Kings County , State of New York.

~~- Assigned Wholly by NATIONAL CITY BANK~~ TO RCS RECOVERY SERVICES, LLC  Dated: 09/17/2015 Document ~~to be recorded concurrently herewith~~
*See schedule annexed*

District/Section/Block/Lot: --

Property Address:  2083 E 1ST ST, BROOKLYN, NY  11223

   This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $350,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

RCS RECOVERY SERVICES, LLC
On September 22nd, 2015
By: _____
Seth A. Miller, President Of RCS Recovery Corp. As Managing Member


STATE OF FLORIDA
COUNTY OF BROWARD

On September 22nd, 2015, before me, IRIS NEGRON, a Notary Public in and for BROWARD in the State of FLORIDA, personally appeared Seth A. Miller, President Of RCS Recovery Corp. As Managing Member, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of BROWARD, State of FLORIDA.

WITNESS my hand and official seal,

_____
IRIS NEGRON
Notary Expires: 09/29/2018  #FF150396
Broward, Florida
(This area for notarial seal)

IRIS NEGRON
MY COMMISSION #FF150396
EXPIRES: SEP 29, 2018
Bonded through 1st State Insurance

*DMA*DMAAMRC*09/16/2015 11:27:00 AM* AMRCC2AMRCA00000000000000900031* NYKINGS* 129843-A NYSTATE_MORT_ASSIGN ASSN *TW1*TW1AMRC*

SCHEDULE "A"

Hereby assigns unto the assignee, a certain Mortgage dated January 3, 2007 made by Rachel Shami and Ezra Shami to National City Bank, its successors and assigns in the principal sum of $250,000.00 and recorded on January 25, 2007 as Instrument No.: 2007000048035 in the Office of the Clerk of the County of Kings covering premises known as 2083 E. 1st Street, Brooklyn, NY 11223, which mortgage was assigned to US Mortgage Resolution LLC, by assignment dated April 24, 2015. Said assignment has been sent for recording with the Kings County Clerk. Said mortgage was further assigned to RCS Recovery Services, LLC by assignment dated August 18, 2015 which assignment will be simultaneously recorded with the within instrument.

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2017102000758004001E9024 |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 2

**Document ID:** 2017102000758004    **Document Date:** 07-25-2017    **Preparation Date:** 10-20-2017
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| PARTNERS ABSTRACT CORP. NY<br>1025 OLD COUNTRY RD # 409<br>WESTBURY, NY 11590 | THE MARGOLIN & WEINREB LAW GROUP, LLP<br>165 EILEEN WAY, SUITE 101<br>SYOSSET, NY 11791 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7104 | 511 | Entire Lot | 2083 E 1ST STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2007000048035

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| 20 CAP FUND I LLC<br>4636 PARK BLVD<br>SAN DIEGO, CA 92116 | MISS JONES LLC<br>104 SE 8TH AVENUE<br>FORT LAUDERDALE, FL 33301 |

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    10-23-2017 10:33
City Register File No.(CRFN):
**2017000388400**

*City Register Official Signature*

Recording Requested By:

When Recorded Return To:
The Margolin + Weinreb Law Group, LLP
165 Eileen Way, Suite 101
Syosset, New York 11791

## CORPORATE ASSIGNMENT OF MORTGAGE

Reference #: 129843 "SHAMI"
Assignment Prepared: July 24th, 2017

ASSIGNOR: 20 CAP FUND I, LLC at 4636 PARK BLVD., SAN DIEGO, CA 92116
ASSIGNEE: MISS JONES, LLC at 104 SE 8TH AVENUE, FORT LAUDERDALE, FL 33301

Executed By: RACHEL SHAMI AND EZRA SHAMI, To: NATIONAL CITY BANK
Date of Mortgage: 01/03/2007 Recorded: 01/25/2007 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2007000048035 in the County of KINGS, State of New York.

Borough: BROOKLYN  Block: 7104  LOT: 511

Property Address: 2083 E 1ST ST, BROOKLYN, NY 11223

-Assigned Wholly by PNC BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK to US MORTGAGE RESOLUTION, LLC
Dated: 04/24/2015 Document to be recorded concurrently herewith

-Assigned Wholly by US MORTGAGE RESOLUTION, LLC to RCS RECOVERY SERVICES, LLC
Dated: 08/18/2015 Document to be recorded concurrently herewith

-Assigned Wholly by RCS RECOVERY SERVICES, LLC to 20 CAP FUND I, LLC
Dated: 09/22/2015 Document to be recorded concurrently herewith

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $350,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

20 CAP FUND I, LLC
On: 7-25-17

_____
COREY O'BRIEN, MANAGING MEMBER

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF SAN DIEGO
On 07\25\17 , before me, OFELIA RODRIGUEZ, a Notary Public personally appeared COREY O'BRIEN, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



OFELIA RODRIGUEZ
Commission No. 2156778
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires June 22, 2020

Name: OFELIA RODRIGUEZ
My Commission Expires: 06/22/2020

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2019120300517001001EB9DB |
|---|---|

## RECORDING AND ENDORSEMENT COVER PAGE                                    PAGE 1 OF 3

**Document ID:** 2019120300517001    **Document Date:** 11-07-2019    **Preparation Date:** 12-03-2019
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| RICHMOND MONROE<br>82 JIM LINEGAR LANE<br>BRANSON WEST, MO 65737<br>SUPPORT@SIMPLIFILE.COM | RICHMOND MONROE GROUP INC<br>PO BOX 458<br>KIMBERLING CITY, MO 65686<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 7104 | 511 | Entire Lot | 2083 EAST 1ST STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2007000048035
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MISS JONES, LLC<br>104 SE 8TH AVE<br>FORT LAUDERDALE, FL 33301 | WINDWARD BORA LLC<br>1688 MERIDIAN AVE, 7TH FLOOR<br>MIAMI BEACH, FL 33139 |

### FEES AND TAXES

| Mortgage : | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    12-03-2019 15:02
City Register File No.(CRFN):
**2019000394328**

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2019120300517001001CBB5B |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** PAGE 2 OF 3

**Document ID: 2019120300517001**  Document Date: 11-07-2019  Preparation Date: 12-03-2019
Document Type: ASSIGNMENT, MORTGAGE

**CROSS REFERENCE DATA**
**CRFN:** 2017000388397
**CRFN:** 2017000388398
**CRFN:** 2017000388399
**CRFN:** 2017000388400

Recording Requested By:
Crosby Capital, LLC

**When Recorded Return To:**
CROSBY CAPITAL, LLC/Kaleena Ogo
P.O. BOX 458
KIMBERLING CITY, MO 65686
Ref#: 0008000000000150 / 1509225670



## CORPORATE ASSIGNMENT OF MORTGAGE

NY/KINGS

Assignment Prepared on: October 31, 2019

ASSIGNOR: MISS JONES, LLC , at 104 SE 8TH AVE, FORT LAUDERDALE, FL, 33301

ASSIGNEE: WINDWARD BORA, LLC , at 1688 MERIDIAN AVE, 7TH FLOOR, MIAMI BEACH, FL, 33139

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated 1/3/2007, in the amount of $350,000.00, executed by RACHEL SHAMI to NATIONAL CITY BANK and Recorded: 1/25/2007, Instrument #: 2007000048035 in KINGS County, State of New York.

Property Address: 2083 E 1ST ST, BROOKLYN, NY, 11223
Block: 7104 / Lot: 511

Document References:
- Assignment Dated: 1/3/2007 from PNC BANK NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK to US MORTGAGE RESOLUTION LLC Recorded: 10/23/2017, Instrument #: 2017000388397
- Assignment Dated: 8/10/2015 from US MORTGAGE RESOLUTION LLC to RCS RECOVERY SERVICES LLC Recorded: 10/23/2017, Instrument #: 2017000388398
- Assignment Dated: 9/22/2015 from RCS RECOVERY SERVICES LLC to 20 CAP FUND I, LLC Recorded: 10/23/2017, Instrument #: 2017000388399
- Assignment Dated: 7/24/2017 from 20 CAP FUND I, LLC to MISS JONES, LLC Recorded: 10/23/2017, Instrument #: 2017000388400

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

MISS JONES, LLC

On: 11/7/2019
By:
Name: Brandon Ramos
Title: Vice President

STATE OF Florida
COUNTY OF Miami-Dade

Vanessa Torres

On 11/7/19, before me, Brandon Ramos, a Notary Public in and for Florida CTT in the State of Florida, personally appeared Brandon Ramos, MISS JONES, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Brandon Ramos

WITNESS my hand and official seal,

Vanessa Torres
Notary Expires: Nov 20 2022  / #: GG 278465

VANESSA TORRES
Commission # GG 278465
Expires November 20, 2022
Bonded Thru Budget Notary Services

NY/KINGS