Rafi Hasbani, Esq.
**HASBANI & LIGHT, P.C.**
Attorneys for Plaintiff
450 Seventh Ave, Suite 1408
New York, NY 10123
(212) 643-6677
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

WINDWARD BORA, LLC,

　　　　　　　　　　Plaintiff,

**-against-**

EZRA SHAMI; RACHEL SHAMI; RACHEL
WEISS; NEW YORK CITY DEPARTMENT OF
TRANSPORTATION PARKING VIOLATIONS
BUREAU;

"JOHN DOE" and "JANE DOE," Said names being
fictitious, it being the intention of Plaintiff to
designate any and all occupants, tenants, persons, or
corporations, if any, having or claiming an interest in
or lien upon the premises being foreclosed herein,

　　　　　　　　　　Defendants.

---

**Certificate of Merit**

1. I, Rafi Hasbani, Esq., am an attorney at law duly licensed to practice in the State of New York and am affiliated with the law firm of Hasbani & Light P.C., attorneys for the Plaintiff in this action.

2. This residential foreclosure action involves a home loan, as such term is defined in Real Property Actions and Proceedings Law 1304.

3. I have reviewed the facts of this case and reviewed pertinent documents, including the mortgage, security agreement and note or bond underlying the mortgage executed by defendant, all instruments of assignment (if any), and all other instruments of indebtedness including any modification, extension, and consolidation.

4.  I have consulted about the facts of this case with the following representative of Plaintiff:

   Name:                    Title:
   Yonel Devico             Managing Member

5.  Upon this review and consultation, to the best of my knowledge, information, and belief, I certify that there is a reasonable basis for the commencement of this action, and that Plaintiff is the creditor entitled to enforce rights under these documents.

6.  I am aware of my obligations under New York Rules of Professional Conduct (22 NYCRR Part 1200) and 22 NYCRR Part 130.

Dated: August 12, 2020

                              */s/ Rafi Hasbani*
                              Rafi Hasbani, Esq.