| THE STATE OF NEW YORK | Index No.: 20-CV-3668-FB-RER |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Filed On: 8/18/2020 |

**WINDWARD BORA LLC**

-against-   **AFFIDAVIT OF SERVICE**

**EZRA SHAMI, ET AL,**

---

STATE OF NEW YORK, COUNTY OF SUFFOLK: DARREN PINDER, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 10/5/2020 at 4:28 PM at 2083 EAST 1ST STREET, BROOKLYN, NY 11223, your deponent served the SUMMONS IN A CIVIL ACTION, COVID-19 NOTICE TO DEFENDANTS IN ENGLISH AND SPANISH, COMPLAINT AND NOTICE PURSUANT TO RPAPL 1303 ON BLUE COLORED PAPER bearing Index # 20-CV-3668-FB-RER and filed date 8/18/2020 upon JANE DOE - REFUSED TO PROVIDE NAME S/H/A JOHN DOE #1. During service of the documents, your deponent has adhered to current CDC and NYS Department of Health Guidelines.

[ X ] INDIVIDUAL
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ ] AGENCY / BUSINESS
By delivering thereat a true copy of each to . Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON
By delivering a true copy of each to a person of suitable age and discretion, to wit: , who verified that the intended recipient actually resides at this location.

[ ] AFFIXING TO DOOR
By affixing a true copy of each to the door of the address at 2083 EAST 1ST STREET, BROOKLYN, NY 11223, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 2083 EAST 1ST STREET, BROOKLYN, NY 11223 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[ X ] DESCRIPTION
Gender: Female; Skin: UNKNOWN; Hair: UNKNOWN; Age: UNKNOWN ; Height: UNKNOWN ; Weight: UNKNOWN; Other: Refused to give name or open the door. Jane Doe confirmed residency from behind the closed door. She would not open her door for fear of being exposed to COVID-19.

[ X ] MILITARY SERVICE
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 10/9/2020:



ALEX ZAMBRANO
Notary Public, State of New York
No. 01ZA6184258
Qualified in SUFFOLK County
Commission Expires 03/31/2024

DARREN PINDER
NYC License # - 1103238

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
NEW YORK, NY 10123
Phone: 646-490-6677
File No. SHAMI

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536 Ph: 631-981-4400
(NCS770346)TJ 1039281

| | | |
|---|---|---|
| THE STATE OF NEW YORK | | Index No.: 20-CV-3668-FB-RER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | | Filed On: 8/18/2020 |

**WINDWARD BORA LLC**

-against-   **Affidavit of Service by Mail**

**EZRA SHAMI, ET AL,**

STATE OF NEW YORK, COUNTY OF SUFFOLK: Tressa Johnson, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 10/9/2020, your deponent mailed a true copy of the Notice Pursuant to RPAPL 1303(b) Tenant Foreclosure Notice on Green Colored paper by First Class Mail and Certified Mail Return Receipt Requested properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 2083 EAST 1ST STREET, BROOKLYN, NY 11223 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.Certified Mail receipt number : 7020129077590558.

JANE DOE - REFUSED TO PROVIDE NAME S/H/A JOHN DOE #1

2083 EAST 1ST STREET
BROOKLYN, NY 11223

Certified Mail receipt number : 7020129077590558.

Sworn to before me on 10/9/2020:

ALEX ZAMBRANO
Notary Public, State of New York
No. 01ZA6184258
Qualified in SUFFOLK County
Commission Expires 03/31/2024

Tressa Johnson

Hasbani & Light, P.C.
450 Seventh Ave, Suite 1408
NEW YORK,NY 10123
Phone: 646-490-6677
File No. SHAMI

RETURN TO: Nationwide Court Services, Inc.
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
DCA Lic#: 1037536 Ph: 631-981-4400
(NCS770346)TJ 1041319