THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 20-CV-3668-FB-RER  
Filed On: 8/18/2020

**WINDWARD BORA LLC**

**AFFIDAVIT OF SERVICE**

-against-

**EZRA SHAMI, ET AL,**

Amended

STATE OF __NY__, COUNTY OF: __Dutchess__ : (Process Server): __Roberto Cedeno__, being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of __NY__. That on __12/8/2020__, at __3:39__ am/**pm** at 32 MARINER WAY, MONSEY, NY 10952 I served the SUMMONS IN A CIVIL ACTION, COVID-19 NOTICE TO DEFENDANTS IN ENGLISH AND SPANISH, COMPLAINT AND NOTICE PURSUANT TO RPAPL 1303 ON BLUE COLORED PAPER bearing Index # 20-CV-3668-FB-RER and filed date 8/18/2020 upon RACHEL WEISS.

[ ] **INDIVIDUAL**  
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**  
by delivering thereat ____ true copy(ies) of each to (name)_____,  
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein. Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**  
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____  
(relationship)_____ who verified that the intended recipient actually lives/works at this location.

[✓] **AFFIXING TO DOOR**  
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:  
1) __12/4/2020__, at __3:14__ am/**pm** 2) __12/5/2020__, at __7:52__ **am**/pm 3) __12/7/2020__, at __7:17__ am/**pm**  
Deponent verified that the Defendant lived/worked at said premises with _____.

[✓] **MAILING COPY**  
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) ] and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of __NY__ on (date) __12/10/2020__.

[ ] **DESCRIPTION**  
Sex: _____; Color: _____; Hair: _____; Approx. Age: _____; Approx. Height: _____; Approx. Weight: _____;  
Other: _____

[ ] **WITNESS FEE**  
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**  
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**  
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on: __12/21/2020__

DENIEL A RODRIGUEZ  
Notary Public, State of New York  
No. 01RO6316495  
Qualified in Dutchess County  
Commission Expires Dec. 15, 2022

Signature of Process Server  
Roberto Cedeno



Hasbani & Light, P.C.  
450 Seventh Ave, Suite 1408  
NEW YORK, NY 10123  
Phone: 646-490-6677  
File No. SHAMI

RETURN TO: Nationwide Court Services, Inc  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Ph: 631-981-4400  
(NCS770346)TJ 1050085>

| | |
|---|---|
| **THE STATE OF NEW YORK** | Index No.: 20-CV-3668-FB-RER |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Filed On: 8/18/2020 |

| | | |
|---|---|---|
| **WINDWARD BORA LLC** | | **Information Pertaining to Nail** |
| | -against- | **and Mail Service** |
| **EZRA SHAMI, ET AL,** | | |

STATE OF NEW YORK, COUNTY OF SUFFOLK: Tressa Johnson, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/8/2020 at 3:39 PM, your deponent's agent posted a copy of the SUMMONS IN A CIVIL ACTION, COVID-19 NOTICE TO DEFENDANTS IN ENGLISH AND SPANISH, COMPLAINT AND NOTICE PURSUANT TO RPAPL 1320 ON BLUE COLORED PAPER to the door of the address at 32 MARINER WAY, MONSEY, NY 10952, for the defendant EZRA SHAMI, ET AL, .

Your Deponent conducted an Accurint search to find any new information or address that would help effect service on said defendant RACHEL WEISS.  That search revealed GOOD AS ADDRESSED..

Your Deponent conducted a DMV search to find any new information or address that would help effect service on said defendant RACHEL WEISS.  That search revealed GOOD AS ADDRESSED..

Sworn to before me on 12/9/2020:

**ALEX ZAMBRANO**
Notary Public, State of New York
No. 01ZA6184258
Qualified in SUFFOLK County
Commission Expires 03/31/2024

Tressa Johnson



| | |
|---|---|
| Hasbani & Light, P.C. | RETURN TO: Nationwide Court Services, Inc |
| 450 Seventh Ave, Suite 1408 | 761 Koehler Avenue, Suite A |
| NEW YORK, NY 10123 | Ronkonkoma, NY  11779 |
| Phone: 646-490-6677 | Ph: 631-981-4400 |
| File No. SHAMI | (NCS770346)TJ 1050085 |