UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDWARD BORA, LLC,<br><br>　Plaintiff,<br><br>vs.<br><br>EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS; NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU;<br>"JOHN DOE" and "JANE DOE," said names being fictitious, it being the intention of Plaintiff to designate any and all occupants, tenants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein<br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-3668<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGRRED** by and between the undersigned attorneys for the parties hereto, that Defendants EZRA SHAMI, RACHEL SHAMI and RACHEL WEISS ("Defendants"), time to answer is hereby extended to February 12, 2021;

**IT IS FURTHER STIPULATED AND AGREED** that Defendants, hereby consents to the personal jurisdiction of the Court;

**IT IS FURTHER STIPULATED AND AGREED** that facsimile or emailed copies of this stipulation shall be treated as originals.

Dated: New York, New York
　　　　January 12, 2021

| | |
|---|---|
| Lawrence Katz, Esq. | HASBANI & LIGHT, P.C. |
| */s/Lawrence Katz*　　　　 | */s/Rafi Hasbani*　　　　　 |
| By: Lawrence Katz, Esq. | By: Rafi Hasbani, Esq. |
| Attorneys for Defendants | Attorneys for Plaintiff |
| 70 East Sunrise Highway, Suite 500 | Windward Bora LLC |
| Valley Stream, NY 11581 | 450 Seventh Ave, Suite 1408 |
| | New York, NY 10123 |
| | (646) 490-6677 |