LAW OFFICES OF

## LAWRENCE KATZ

70 EAST SUNRISE HIGHWAY
SUITE 500
VALLEY STREAM, NEW YORK 11581

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 544-8878 |

March 31, 2021

Hon. Frederic Block USDJ
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Windward Bora, LLC  v Shami,et al. 20 CV 3668 (FB)(RER)

Dear Sir/Madam:


    Lawrence Katz, the attorney for the defendant Ezra Shami, regrets to inform the court that on or about March 18, 2021 Ezra Shami passed away.  Pursuant to Rule 25(a) the above constitutes a notation of death on the record.


    Thank you for your courtesy and cooperation in this matter.


*lawrence katz*

Lawrence Katz