LAW OFFICES OF

# LAWRENCE KATZ

488 Empire Blvd
SUITE 101
Brooklyn, NEW YORK 11225

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 544-8878 |

June 30, 2021

Hon. Raymond E. Reyes USMJ
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: Windward Bora, LLC v Shami, et al. 20 CV 3638 (FB)(RER)

Dear Sir/Madam:

     Lawrence Katz, the attorney for Rachel Shami and former attorney for the defendant Ezra Shami informs the court that to the best of his knowledge there has not been an appointment of a representative for the estate of the deceased defendant Ezra Shami.

*lawrence katz*
Lawrence Katz