LAW OFFICES OF

## LAWRENCE KATZ

448 EMPIRE BLVD
SUITE 101
BROOKLYN, NEW YORK 11225

TELEPHONE          lkatz@lawkatz.com          FAX

(516) 374-2118                                          (516) 544-8878

September 4, 2021

Hon. Frederic Block USDJ
225 Cadman Plaza East
Brooklyn, New York 11201

         Re: Windward Bora, LLC v Shami, et al. 20 CV 3668 (FB)(RER)

Dear Sir/Madam:

       Lawrence Katz, the attorney for the defendant Rachel Shami, regrets to inform the court that on or about August 8, 2021 Rachel Shami passed away. Pursuant to Rule 25(a) the above constitutes a notation of death on the record.

       Thank you for your courtesy and cooperation in this matter.

                                                      *lawrence katz*
                                                      Lawrence Katz