UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WINDWARD BORA, LLC,             Case No.: 1:20-cv-03668-FB-RER

                Plaintiff,             **REQUEST FOR CLERK'S**
                                                     **CERTIFICATE OF DEFAULT**

    -against -

RACHEL WEISS; NEW YORK CITY
DEPARTMENT OF TRANSPORTATION PARKING
VIOLATIONS BUREAU; "JOHN DOE" and "JANE
DOE," said names being fictitious, it being the intention
of Plaintiff to designate any and all occupants, tenants,
persons, or corporations, if any, having or claiming an
interest in or lien upon the premises being foreclosed
herein,
                Defendant.
------------------------------------------------------------------X

TO:     DOUGLAS C. PALMER
         CLERK, UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

      In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Entry of Default and the Issuance of a Certificate of Entry of Default is hereby requested against the Defendant RACHEL WEISS in that there has been failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached Affirmation of Rafi Hasbani, Esq.

Dated: June 27, 2022
         New York, New York

                                                    **HASBANI & LIGHT, P.C.**

                                                    By: */s/ Rafi Hasbani*
                                                    Rafi Hasbani, Esq.
                                                    *Attorneys for Plaintiff*
                                                    WINDWARD BORA, LLC
                                                    450 Seventh Avenue, Suite 1408
                                                    New York, NY 10123