UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDWARD BORA, LLC,<br><br>         Plaintiff,<br>-against-<br><br>EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS; NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; "JOHN DOE" and "JANE DOE," said names being fictitious, it being the intention of Plaintiff to designate any and all occupants, tenants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein,<br>,<br><br>         Defendants. | Docket Number: 1:20-cv-3668<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon both the annexed Declaration of Regularity of Rafi Hasbani, Esq., dated May 12, 2023, and the accompanying Memorandum of Law, also dated May 12, 2023, as well as the Affidavit of John Ramer, authorized representative of Plaintiff, sworn to on May 12, 2023, and upon all prior pleadings, papers and proceedings had heretofore, WINWARD BORA, LLC, Plaintiff herein, by and through its attorneys Hasbani & Light, P.C., will move this court before The Honorable Fredric Block, United States District Court Judge, at the United States District Court for the Eastern District of New York, located at the United States Courthouse, 225 Cadman Plaza, Brooklyn, NY 11201, on a date and time so designated by the Court, so counsel can be heard for an order granting a default Judgment of Foreclosure and Sale, and for such further and different relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any to the instant application must be made in writing and received in the District Court Clerk's office, United States District Court for the Eastern District of New York, and by the undersigned, The Hasbani & Light, P.C., 450 Seventh Ave, Suite 1408, New York, NY 10123, and all other parties requiring notice in accordance with the rules of this Court.

Dated: New York, New York
      May 12, 2023

                                                  **HASBANI & LIGHT, P.C.**

                                                  */s/ Rafi Hasbani*
                                                  Rafi Hasbani, Esq.
                                                  *Attorneys for Plaintiff*
                                                  450 Seventh Ave, Suite 1408
                                                  New York, NY 10123
                                                  T: (212) 643-6677
                                                  rhasbani@hasbanilight.com