RECEIVED AUG 1 8 2020 KINGS COUNTY CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

WINDWARD BORA, LLC

    Plaintiff,

-against-

EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS; NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; "JOHN DOE" and "JANE DOE," the last two names being fictitious, said parties intended being tenants or occupants, if any, having or claiming an interest in, or lien upon, the premises described in the complaint,

    Defendants.

Case No. 1:20-cv-03668

**NOTICE OF PENDENCY**

Block: 7104
Lot: 511

PROPERTY ADDRESS:
2083 East 1st Street, Brooklyn, New York 11223

**NOTICE IS HEREBY GIVEN** that an action was commenced by the filing of the Complaint on August 13, 2020 in The United States District Court for the Eastern District of New York under Case No.: 20-cv-03668 and is still pending in this Court upon the complaint of Plaintiff against the above named Defendants pursuant to RPAPL § 1301 to foreclose on a mortgage encumbering the property commonly known as 2083 East 1st Street, Brooklyn, New York 11223, known on the Kings County Tax Map as Block: 7104 Lot: 511 in the County of Kings, the City of New York and the State of New York (the "Property").

**AND NOTICE IS FURTHER GIVEN**, that the premises affected by this foreclosure action, at the commencement of said action, and at the time of filing this notice is located at 2083 East 1st Street, Brooklyn, New York 11223 (Block: 7104 Lot: 511) and are described in said mortgage in the manner set forth in the **Schedule A** annexed hereto and made a part hereof.

1