UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WINDWARD BORA LLC,                                  Case No.: 1:20-cv-03668-FB-RER

                               Plaintiff,             **CLERK'S CERTIFICATE OF**
                                                        **DEFAULT**

                -against -

EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS;
NEW YORK CITY DEPARTMENT OF
TRANSPORTATION PARKING VIOLATIONS
BUREAU;
"JOHN DOE" and "JANE DOE," Said names being fictitious,
it being the intention of Plaintiff to designate any and all
occupants, tenants, persons, or corporations, if any, having
or claiming an interest in or lien upon the premises being
foreclosed herein,

                                     Defendant.
-----------------------------------------------------------------X

       I, Douglas C. Palmer, Clerk of the Court of the United States District for the Eastern District of New York, do hereby certify that EZRA SHAMI has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants EZRA SHAMI is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
            January 11, 2021

                                                                 Douglas C. Palmer, Clerk of the Court

                                                    By: _*Jalitza Poveda*_____
                                                                 Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WINDWARD BORA LLC,  Case No.: 1:20-cv-03668-FB-RER

                Plaintiff,  **CLERK'S CERTIFICATE OF DEFAULT**

     -against -

EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS;
NEW YORK CITY DEPARTMENT OF
TRANSPORTATION PARKING VIOLATIONS
BUREAU;
"JOHN DOE" and "JANE DOE," Said names being fictitious,
it being the intention of Plaintiff to designate any and all
occupants, tenants, persons, or corporations, if any, having
or claiming an interest in or lien upon the premises being
foreclosed herein,

                Defendant.
-----------------------------------------------------------------X

    I, Douglas C. Palmer, Clerk of the Court of the United States District for the Eastern District of New York, do hereby certify that RACHEL WEISS has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants RACHEL WEISS is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
       January 11, 2021

                                                       Douglas C. Palmer, Clerk of the Court

                                                       By:  *Jalitza Poveda*
                                                               Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WINDWARD BORA LLC,                                 Case No.: 1:20-cv-03668-FB-RER

                           Plaintiff,           **CLERK'S CERTIFICATE OF DEFAULT**

              -against -

EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS;
NEW YORK CITY DEPARTMENT OF
TRANSPORTATION PARKING VIOLATIONS
BUREAU;
"JOHN DOE" and "JANE DOE," Said names being fictitious,
it being the intention of Plaintiff to designate any and all
occupants, tenants, persons, or corporations, if any, having
or claiming an interest in or lien upon the premises being
foreclosed herein,

                           Defendant.
-----------------------------------------------------------------X

    I, Douglas C. Palmer, Clerk of the Court of the United States District for the Eastern District of New York, do hereby certify that RACHEL SHAMI has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants RACHEL SHAMI is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
          January 11, 2021

                                                      Douglas C. Palmer, Clerk of the Court

                                                      By: *Jalitza Poveda*
                                                             Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WINDWARD BORA LLC,    Case No.: 1:20-cv-03668-FB-RER

                     Plaintiff,    **CLERK'S CERTIFICATE OF DEFAULT**

      -against -

EZRA SHAMI; RACHEL SHAMI; RACHEL WEISS;
NEW YORK CITY DEPARTMENT OF
TRANSPORTATION PARKING VIOLATIONS
BUREAU;
"JOHN DOE" and "JANE DOE," Said names being fictitious,
it being the intention of Plaintiff to designate any and all
occupants, tenants, persons, or corporations, if any, having
or claiming an interest in or lien upon the premises being
foreclosed herein,

                     Defendant.
------------------------------------------------------------------X

    I, Douglas C. Palmer, Clerk of the Court of the United States District for the Eastern District of New York, do hereby certify that NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       January 11, 2021

                                          Douglas C. Palmer, Clerk of the Court

                                    By: _____*Jalitza Poveda*_____
                                                 Deputy Clerk