# LAWRENCE KATZ ESQ.
## ATTORNEY AND COUNSELOR AT LAW

488 EMPIRE BOULEVARD, SUITE 101  
BROOKLYN, NY 11225  
TEL: (516) 374-2118

EMAIL: LKATZ@LAWKATZ.COM

March 21, 2024

Honorable Joseph A. Marutollo  
United States District Court for  
the New York Eastern District  
225 Cadman Plaza East  
Brooklyn, NY 11201

           **Re: Windward Bora v Weiss CASE: 20 cv 03668-FB-JAM**

Honorable Joseph A. Marutollo:

    I write in response to the order to show cause why sanctions should not be issued to plaintiff for failure to appear at the telephone conference scheduled for 4 PM today.

    Unfortunately, a circuit breaker caused a loss of power which shut down our computer and phone system. As soon as power was restored, I called into the conference. This was approximately at 4:12 PM.

    I apologize to the court and to my opposing counsel.

                                                                            Respectfully,

                                                                       / s / Lawrence Katz

                                                                       Lawrence Katz