

**HASBANI &
LIGHT, P.C.**

ATTORNEYS AT LAW

450 Seventh Ave
Suite 1408
New York, NY 10123

November 26, 2024

**<u>Via ECF</u>**
The Honorable Judge Marutollo
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

T. 212.643.6677
F. 347.491.4048

RE:    Docket Number: 20-cv-3668
       Windward Bora, LLC v. Shami et al

Dear Judge Block:

This office represents Plaintiff Windward Bora LLC ("Plaintiff") in the referenced action. This letter is submitted to set the briefing schedule of the parties' motions. A motion for summary judgment and/or a motion to dismiss shall be served by December 31, 2024, oppositions are to be served by January 31, 2025, and replies shall be served by February 20, 2025.

Thank you for your time and attention to this matter.

Very truly yours,

*<u>Rafi Hasbani</u>*
Rafi Hasbani, Esq.