

450 Seventh Ave
Suite 1408
New York, NY 10123

T. 212.643.6677
F. 347.491.4048

December 30, 2024

**Via ECF**
The Honorable Judge Block
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Docket Number: 20-cv-3668
Windward Bora, LLC v. Shami et al

Dear Judge Block:

This office represents Plaintiff Windward Bora LLC ("Plaintiff") in the referenced action. This letter is submitted jointly to modify the previous briefing schedule of the parties' motions. A motion for summary judgment and/or a motion to dismiss shall be served by January 31, 2024, oppositions are to be served by February 28, 2025, and replies shall be served by March 21, 2025.

Thank you for your time and attention to this matter.

Very truly yours,

*Rafi Hasbani*
Rafi Hasbani, Esq.