UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WINDWARD BORA, LLC,

                            Plaintiff,

          -against-

RACHEL WEISS; NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU; "JOHN DOE" and "JANE DOE," said names being fictitious, it being the intention of Plaintiff to designate any and all occupants, tenants, persons, or corporations, if any, having or claiming an interest in or lien upon the premises being foreclosed herein,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:20-cv-3668

**PLAINTIFF'S E.D.N.Y. LOCAL CIVIL RULE 56.1 COUNTERSTATEMENT STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRUE**

Pursuant to E.D.N.Y. Local Civil Rule 56.1, Plaintiff Windward Bora, LLC ("Plaintiff") submits the following statement of undisputed material facts upon which there is no genuine issue to be tried in connection with its motion for summary judgment against defendant RACHEL WEISS ("Defendant") under New York Real Property Actions and Proceedings Law ("RPAPL") § 1301 et seq.:

**Plaintiff's Counterstatement of Material Facts**

1. On or about January 3, 2007 defendant EZRA SHAMI executed a home equity line of credit in the amount of $350,000 from National City Bank by a certain note dated the same date (the "Note"). See **Exhibit B,** the endorsed Note attached to **Exhibit 1**.

2. In order to collaterally secure the aforesaid obligation, defendants EZRA SHAMI and RACHEL SHAMI, on the same day, duly executed, acknowledged and delivered to

1

Plaintiff's assignor a mortgage (the "Mortgage"). See **Exhibit C,** the mortgage, attached to **Exhibit 1**. Said mortgage was recorded in the City Register of the County of Kings on January 25, 2007 as CRFN: 2007000048035. The Mortgage encumbers the Property known as 2083 E 1st Street, Brooklyn, NY 11223. *Id*. Pursuant to the Mortgage, in any lawsuit for foreclosure and sale, lender has the right to collect all costs and disbursements and additional allowances allowed by the applicable law and will have the right to add all reasonable attorneys' fees to the amount borrower owes lender which fees shall become part of the Sums Secured. *See id*.

3.  The Mortgage was assigned to US Mortgage Resolution LLC by the assignment of mortgage dated April 2, 2015. See **Exhibit C,** the assignments mortgage, attached to **Exhibit 1**. Said assignment of mortgage was recorded in the City Register of the County of Kings on October 23, 2017 as CRFN: 2017000388397.

4.  The Mortgage was subsequently assigned to RCS Recovery Services, LLC by the assignment of mortgage dated August 18, 2015. *Id*. Said assignment of mortgage was recorded in the City Register of the County of Kings on October 23, 2017 as CRFN: 2017000388398. See **Exhibit C,** the assignments mortgage, attached to **Exhibit 1**.

5.  The Mortgage was subsequently assigned to 20 Cap Fund I LLC by the assignment of mortgage dated September 22, 2015. *Id*. Said assignment of mortgage was recorded in the City Register of the County of Kings on October 23, 2017 as CRFN: 2017000388399. See **Exhibit C,** the assignments mortgage, attached to **Exhibit 1**.

6.  The Mortgage was subsequently assigned to Miss Jones LLC by the assignment of mortgage dated July 25, 2017. *Id*. Said assignment of mortgage was recorded in the City Register of the County of Kings on October 23, 2017 as CRFN: 2017000388400. See **Exhibit C,** the assignments mortgage, attached to **Exhibit 1**.

7. The Mortgage was subsequently assigned to Plaintiff by the assignment of mortgage dated November 7, 2019. *Id*. Said assignment of mortgage was recorded in the City Register of the County of Kings on December 3, 2019 as CRFN: 2019000394328. See **Exhibit C,** the assignments mortgage, attached to **Exhibit 1**.

8. Windward Bora is the owner and holder of the Mortgage and Note, described in the Complaint. See **Exhibit B,** the endorsed Note **and Exhibit D**, the assignments of mortgage, attached to **Exhibit 1**.

9. At the inception of the loan, Ezra Shami drew the full amount of $350,000.00 on the Credit Line. See **Exhibit 5,** the draw documents and HUD closing statement.

10. Ezra Shami breached his first payment due in February of 2007. Notice of default were sent to the Rachel Shami. See **Exhibit 6.**

11. Based on the default notices, Ezra Shami cured his default by making payments through May 2007. See **Exhibit 7.**

12. Since then, Ezra Shami has not made a payment and has been in default since June 2007 (the "Event of Default") and all subsequent payments. See **Exhibit 8** and **Exhibit 10.**

13. Defendant Rachel Weiss is the Owner of the Subject Premises by a deed dated November 17, 2008. See Exhibit 9. Said deed was recorded in the City Register of the County of Kings on December 18, 2008 as CRFN: 2008000480603.

14. Plaintiff complied with the loan documents requirement of mailing a default notice to Borrowers prior to the commencement of the action. See the Default notice with proof of mailing attached to the Hasbani Declaration as **Exhibit 10.**

3

15. Plaintiff complied RPAPL 1304 by mailing a 90-day notice to Borrowers prior to the commencement of the action by first class mail and certified mail. See the 90-day notice with proof of mailing attached to the Hasbani Declaration as **Exhibit 11.**

16. Plaintiff complied with RPAPL 1306 by filing the 90-day notice with the Department of Financial Services. See the proof of filing attached to the Hasbani Declaration as **Exhibit 12.**

17. Plaintiff advanced the due date to August 1, 2014 to comply with the applicable New York Statute of Limitations.

18. Defendant has never provided any evidence that the default was ever cured.

19. Defendant is not a borrower or a party to the loan documents. See **Exhibit C** attached to **Exhibit 1**.

20. At the time of filing of the action, Plaintiff was the owner and holder of the note and mortgage. See **Exhibit 4 and Exhibit D to Exhibit 1**.

Dated: March 3, 2025    **HASBANI & LIGHT, P.C.**
New York, New York

*/s/ Rafi Hasbani*
Rafi Hasbani, Esq.
450 Seventh Avenue, Suite 1408
New York, New York 10123
(212) 646-6677