LAW OFFICES OF

LAWRENCE KATZ

464 Malbone Street

SUITE 101

Brooklyn, NEW YORK 11225

TELEPHONE     lkatz@lawkatz.com     FAX

(516) 374-2118     (516) 544-8878

October 23, 2025

Via ECF
Hon. Frederick Block
United States District Court
Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

    Windward Borak V. Weiss; Case No. 20-CV-3668 (FB) (JAM)

Dear Judge Block:

    I, Defendant's counsel, Lawrence Katz request an extension of time to respond to the courts motion for sanctions against this counsel.

    I am requesting until October 30, 2025 to respond to the motion.

                            s/Lawrence Katz