# UNITED STATES DISTRICT COURT
### *for the*
### THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINDWARD BORA, LLC<br><br>         Plaintiff,<br><br>-against-<br><br>RACHEL WEISS; NEW YORK CITY DEPARTMENT OF TRANSPORTATION PARKING VIOLATIONS BUREAU<br><br>         Defendants | Docket No. : 20-cv-3668<br><br>**NOTICE OF APPEAL** |

  **PLEASE TAKE NOTICE** that Rachel Weiss hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment of foreclosure and sale, duly entered on October 6th, 2025.

Dated: Kew Gardens, New York
   November 5, 2025

               */s/ Matthew J. Routh*
                By: Matthew J. Routh, Esq.
                Anderson, Bowman, Wallshein
                Attorney for Defendant Weiss
                80-02 Kew Gardens Road,
                Suite 600
                Kew Gardens, NY 11415
                Tel: 718-263-6800, Email: mrouth@abwpllc.com

NOTICE TO:
*Via ECF*

Rafi Hasbani
Hasbani & Light, P.C.
New York (NY)
450 Seventh Avenue,
Suite 1408
New York, NY 10123
212-643-6677
Email: hllawpc@gmail.com
ATTORNEY TO BE NOTICED
Counsel for Plaintiff

Lawrence Katz
The Alber Firm PC
21 Walt Whitman Road
Ste 2nd Floor
Huntington Station, NY 11746
631-333-1600
Email: lkatz@lawkatz.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Counsel for Defendant Weiss